IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR F 01-5047-OWW |
| ) | |
| v. ) | |
| ) | |
| JORGE  GALINDO, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR REMISSION OF FINE**

This matter is before the court on the petition of the United States for remission of the unpaid portion of the criminal fine owed by the defendant, in accordance with the provisions of 18 U.S.C. § 3573.  The court finds it has jurisdiction over the subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed against the defendant Jorge  Galindo is hereby remitted.

IT IS SO ORDERED:

Dated: May 6, 2010              /s/ OLIVER W. WANGER
                                United States District Judge

Order For Remission of  Fine                    1